EAST BATON ROUGE PARISH
Filed Jun 01, 2022 3:29 PM
Deputy Clerk of Court
E-File Received Jun 01, 2022 2:56 PM

C-719650
21

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, Section 13, Louisiana Supreme Court General Administrative Rules

The civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption: Melvin Adderton

vs.

Great West Casualty Company, et al.

Court: 19th Judicial District Court       Docket Number: _____

Parish of Filing: East Baton Rouge        Filing Date: _____

Name of Lead Petitioner's Attorney: Chet G. Boudreaux

Name of Self-Represented Litigant: _____

Number of named petitioners: 1           Number of named defendants: 3

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- [X] Auto: Personal Injury
- [ ] Auto: Property Damage
- [ ] Auto: Wrongful Death
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Property Damage
- [ ] Asbestos: Personal Injury/Death
- [ ] Product Liability
- [ ] Premise Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Property Damage
- [ ] Intentional Wrongful Death
- [ ] Unfair Business Practice
- [ ] Business Tort
- [ ] Fraud
- [ ] Defamation
- [ ] Professional Negligence
- [ ] Environmental Tort
- [ ] Medical Malpractice
- [ ] Intellectual Property
- [ ] Toxic Tort
- [ ] Legal Malpractice
- [ ] Other Tort (describe below)
- [ ] Other Professional Malpractice
- [ ] Redhibition
- [ ] Maritime
- [ ] Class Action (nature of case)
- [ ] Wrongful Death
- [ ] General Negligence

Please briefly describe the nature of the litigation in one sentence of additional detail:

automobile accident resulting in personal injuries

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: Chet G. Boudreaux              Signature: [signature]

Address: Gordon McKernan Injury Attorneys, 5656 Hilton Ave., Baton Rouge, LA 70808

Phone Number: (225) 888-8888        E-mail address: chet@getgordon.com

1/4/12

CERTIFIED TRUE AND CORRECT COPY
JUL 07 2022
East Baton Rouge Parish
Deputy Clerk of Court

EXHIBIT A

EAST BATON ROUGE PARISH
Filed Jun 01, 2022 3:29 PM
Deputy Clerk of Court
E-File Received Jun 01, 2022 2:56 PM
C-719650
21

CERTIFIED TRUE AND CORRECT COPY
JUL 07 2022
East Baton Rouge Parish
Deputy Clerk of Court

MELVIN ADDERTON                              DOCKET NO.:        SECTION " "

VERSUS                                        19TH JUDICIAL DISTRICT COURT

GREAT WEST CASUALTY COMPANY                   PARISH OF EAST BATON ROUGE
JORDAN CARRIERS, INC., and
ERIC BRISTER                                  STATE OF LOUISIANA

*************************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes petitioner, **MELVIN ADDERTON**, a person of full age of majority and domiciled in the County of Jefferson, State of Texas, who with respect represents the following:

1.

Made defendants herein are:

a. **GREAT WEST CASUALTY COMPANY**, a foreign insurance company that may be served with process through its registered agent, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

b. **JORDAN CARRIERS, INC.**, upon information and belief a foreign corporation that can be served through its registered agent, Mark Dryden, 12625 Highway 28 East, Pineville, Louisiana 71360; and

c. **ERIC BRISTER**, a non-resident believed to be of the full age of majority, who can be served with process via the Louisiana Long-Arm Statute at his residence located at 1000 Pope Circle, McComb, Mississippi 39648-4903.

2.

The defendants are justly and truly indebted unto your petitioner, jointly, severally and *in solido*, for damages, injuries, and losses that he has sustained together with legal interest from date of judicial demand, and all costs of these proceedings, and for general and equitable relief for the following to-wit:

3.

On or about July 27, 2021, at approximately 3:05 p.m., petitioner, **MELVIN ADDERTON**, was the owner and operator of a 2021 GMC Sierra traveling eastbound on West Mount Pleasant Road, nearing its intersection with U.S. Highway 61 in the Parish of East Baton Rouge, State of Louisiana.

4.

At or about the same time, defendant, **ERIC BRISTER**, was operating a 2019 Volvo tractor and trailer, while in the course and scope of his employment with defendant, **JORDAN CARRIERS, INC.**, traveling southbound on U. S. Highway 61 in the left lane, just north of its

1

intersection with Louisiana Highway 64/West Mount Pleasant Road, in the Parish of East Baton Rouge, State of Louisiana.

5.

Upon information and belief, as petitioner proceeded into the intersection of Louisiana Highway 64/West Mount Pleasant Road and U. S. Highway 61 pursuant to a green traffic signal, suddenly and without warning, the defendant, **ERIC BRISTER**, disobeyed a red traffic signal, entered the lane of travel of petitioner's vehicle, violently striking petitioner's vehicle resulting in serious injuries to petitioner.

6.

Petitioner is informed, believes, and therefore alleges that at the time of the accident the defendant, **GREAT WEST CASUALTY COMPANY**, had issued a policy of insurance in favor of defendants and under the laws of the State of Louisiana was in full force and effect at the time of the accident, which insurance inures to the benefit of petitioner under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269.

7.

Petitioner alleges that a substantial cause of the above-described accident was the fault and/or negligence of defendant, **ERIC BRISTER**, which is described in part but not exclusively as follows:

a. In failing to see what he should have seen, and if having seen, in failing to heed;

b. In failing to maintain control of his tractor and trailer;

c. In failing to maintain a proper lookout;

d. In carelessly operating his tractor and trailer;

e. In disobeying a traffic control signal;

f. In driving in a reckless disregard for the safety of others;

g. In failing to drive his vehicle with due regard for the safety of all persons;

h. Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and city traffic regulations and ordinances.

8.

In addition to the negligence alleged heretofore, petitioner alleges that a substantial cause of the above-described accident was the fault and/or negligence of defendant, **JORDAN CARRIERS, INC.** which is described in part but not exclusively as follows:

2

  a. In failing to provide proper driver training;

  b. In failing to employ a safe and competent driver;

  c. In failing to properly supervise and instruct its employees/drivers; and

  d. In failing to properly train defendant, **ERIC BRISTER,** on operating his tractor and trailer per Louisiana state laws; and

  e. Any and all acts of negligence, omissions, and/or legal fault which constitute a violation to be shown at the time of this trial to be a proximate cause of petitioner's injuries, damages, or losses.

9.

As a result of the combined fault and/or negligence of the defendants in causing the aforementioned accident, petitioner, **MELVIN ADDERTON,** suffered severe and disabling injuries including, but not limited to:

  a. Neck injury;

  b. Mid-back injury;

  c. Lower back injury;

  d. Left shoulder injury which resulted in surgical intervention;

  f. Head injury;

  g. Anxiety;

  h. Dizziness, headaches and vertigo;

  i. Numbness and tingling to his body as a whole; and

  j. Any and all other damages to be shown at trial of this matter.

10.

As a result of the aforementioned accident, petitioner, **MELVIN ADDERTON,** suffered the following damages:

  a. Physical pain and suffering – past, present, and future;

  b. Mental and emotional pain, anguish, and distress – past, present, and future;

  c. Medical expenses – past, present, and future;

  d. Loss of income and impairment of earning capacity – past, present, and future;

  e. Loss of enjoyment of life – past, present, and future;

  f. Permanent disability;

  g. Scarring and Disfigurement-past, present and future;

  h. Loss of Household Services-past, present and future;

  i. Other damages and losses to be shown at trial.

WHEREFORE PETITIONER PRAYS that the defendants be served with a copy of the petition, and after all legal delays and due proceedings had, there be judgment in favor of petitioner, MELVIN ADDERTON, and against the defendants, GREAT WEST CASUALTY COMPANY, JORDAN CARRIERS, INC. and ERIC BRISTER, for compensatory damages in an amount that will fully and adequately satisfy the demands of justice in equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Respectfully Submitted,

GORDON McKERNAN INJURY ATTORNEYS

_____
Chet G. Boudreaux (#28504)
Direct: (225) 926-1578
Direct Fax: (225) 490-4516
chet@getgordon.com

Richard F. Zimmerman, III (#31374)
Anne Marie Muller-McCrary (#32908)
Douglas K. Foster (#28909)
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Telephone: (225) 888-8888

**PLEASE SERVE:**

**GREAT WEST CASUALTY COMPANY**
Through its registered agent:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**JORDAN CARRIERS, INC.**
Through its registered agent:
Mark Dryden
12625 Highway 28 East
Pineville, Louisiana 71360

**PLEASE SERVE VIA THE LOUISIANA LONG ARM STATUTE:**

**ERIC BRISTER**
1000 Pope Circle
McComb, MS 39648-4903

4

RETURN COPY



D9177825

# CITATION

**MELVIN ADDERTON**
(Plaintiff)

VS

**GREAT WEST CASUALTY COMPANY, ET AL**
(Defendant)

NUMBER C-719650 "21"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  GREAT WEST CASUALTY COMPANY
THROUGH ITS REGISTERED AGENT
LOUISIANA SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 3, 2022**.



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: BOUDREAUX, CHET G.
*The following documents are attached:

**PETITION FOR DAMAGES**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.    I made service on the named party through the
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.    Office of the Secretary of State on

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

CERTIFIED TRUE AND
CORRECT COPY
_____
JUL 07 2022
_____
East Baton Rouge Parish
Deputy Clerk of Court

Deputy Sheriff
Parish of East Baton Rouge
CITATION-2000

JUN 1 0 2022

by tendering a copy of this document to:
**JULIE NESBITT**

**DY. M. LOCKWOOD #0803**
Deputy Sheriff, Parish of East Baton Rouge, LA

RECEIVED
JUN 0 8 2022
E B R SHERIFF'S OFFICE

RETURN COPY

RETURNS

## CITATION

D9177817

MELVIN ADDERTON
(Plaintiff)

VS

GREAT WEST CASUALTY COMPANY, ET AL
(Defendant)

NUMBER C-719650 "21"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA



TO:   JORDAN CARRIERS, INC.
      THROUGH ITS REGISTERED AGENT
      MARK DRYDEN
      12625 HIGHWAY 28 EAST
      PINEVILLE, LA 71360

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
  1. **21 DAYS** of the date you were served with the petition; OR
  2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 3, 2022.**



Shawndra Jenkins
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: BOUDREAUX, CHET G.
*The following documents are attached:

PETITION FOR DAMAGES

---
**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.
DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.
DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE: $_____
MILEAGE: $_____
TOTAL:   $_____

CERTIFIED TRUE AND CORRECT COPY   Parish of East Baton Rouge
_____ Deputy Sheriff

JUL 07 2022                       CITATION-2000

East Baton Rouge Parish
Deputy Clerk of Court

SHERIFFS RETURN
6-13-22
...SERVICE: ✓
...SERVICE: _____
...SERVICE: _____

_____ Sheriff, Rapides Parish
MILEAGE:  30

```
                    RAPIDES PARISH SHERIFF'S OFFICE
                            701 MURRAY ST.
                              SUITE 301
                     ALEXANDRIA, LOUISIANA   71301

                               6/13/22
```

```
        EAST BATON ROUGE PARISH
        CLERK OF COURT
        P. O. BOX 1991
        BATON ROUGE LA   70821-1991
```

```
                    SUIT #:      719650    LA    170

                    MELVIN ADDERTON
                        VERSUS
                    GREAT WEST CASUALTY CO., ET AL
```

PERSON TO BE SERVED:  JORDAN CARRIERS, INC THRU:MARK DRYDEN

PERSON SERVED:  JORDAN CARRIERS, INC THRU:MARK DRYDEN

TYPE OF SERVICE:  SERVICE PERSONAL

DATE OF SERVICE:  6/13/22

PAPERS SERVED:  CITATION

SHERIFF FEE:  30.00
MILEAGE:  17.40
NOTARY FEE:  .00

TOTAL AMOUNT DUE:  47.40

PLEASE RETURN COPY WITH YOUR PAYMENT

EAST BATON ROUGE PARISH    C-719650
Filed Jul 01, 2022 2:21 PM    21
Deputy Clerk of Court
E-File Received Jul 01, 2022 1:52 PM



# BREAZEALE, SACHSE & WILSON, L.L.P.  ATTORNEYS AT LAW

MISSY JOHNSON
*Paralegal*
missy.johnson@bswllp.com

DIRECT DIAL: 225-376-3691
CORPORATE PHONE: 225-387-4000
FAX: 225-410-6495
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197

www.bswllp.com

July 1, 2022

Clerk of Court
19th JDC, East Baton Rouge Parish

  Re: Melvin Adderton v. Great West Casualty Company, et al
    No. 719650 Section 21, 19th JDC, East Baton Rouge Parish, LA
    Our File: 13189-4

Dear Sirs:

  Attached, please find an Answer and Request for Written Notice to be electronically filed in this matter.

  If you have any questions, or comments, regarding this request please contact me at 225-376-3691.

         Very truly yours,
         BREAZEALE, SACHSE & WILSON, LLP

         *s/Missy Johnson*

         Missy Johnson, Paralegal

/mj
Enclosure

cc via email: Chet Boudreaux

BATON ROUGE ▪ NEW ORLEANS ▪ MONROE

2327974.v1

CERTIFIED TRUE AND
CORRECT COPY

JUL 07 2022

East Baton Rouge Parish
Deputy Clerk of Court

EAST BATON ROUGE PARISH   C-719650
Filed Jul 01, 2022 2:21 PM        21
Deputy Clerk of Court
E-File Received Jul 01, 2022 1:52 PM

| | |
|---|---|
| MELVIN ADDERTON | NUMBER: 719650   SECTION "21" |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| GREAT WEST CASUALTY COMPANY, JORDAN CARRIERS, INC., and ERIC BRISTER | STATE OF LOUISIANA |

## ANSWER TO PETITION FOR DAMAGES AND AFFIRMATIVE DEFENSES

**NOW INTO COURT**, come Jordan Carriers, Inc. and Great West Casualty Company, which answer Plaintiffs' Petition for Damages as follows:

1.

Defendants admit that they are made defendants herein; however, all allegations of liability are denied.

2.

The allegations contained in Paragraph 2 are denied.

3.

The allegations contained in Paragraph 3 are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in Paragraph 4 are denied as written and are denied to the extent they contain conclusions of law rather than statements of fact.

5.

The allegations contained in Paragraph 5 are denied.

6.

Paragraph 6 of Plaintiff's Petition contains conclusions of law rather than an allegation of fact; as such, a response from Defendants is not required. To the extent an answer is required, Defendants admit that there was a policy of insurance issued by Great West Casualty Company that was in effect at the time of the subject accident..

CERTIFIED TRUE AND
CORRECT COPY

JUL 07 2022

East Baton Rouge Parish
Deputy Clerk of Court

2327970.v1

7.

The allegations contained in Paragraph 7 are denied.

8.

The allegations contained in Paragraph 8 are denied.

9.

The allegations contained in Paragraph 9 are denied for lack of sufficient information to justify a belief therein.

10.

The allegations contained in Paragraph 10 are denied for lack of sufficient information to justify a belief therein.

11.

Defendants deny the allegations of liability contained within Plaintiff's prayer for relief.

**FURTHER ANSWERING, Defendants, Jordan Carriers, Inc. and Great West Casualty Company, state as follows:**

12.

Defendants are entitled to and hereby request a trial by jury.

13.

Defendants deny that any action or inaction on the part of Jordan Carriers, Inc., Great West Casualty Company, and Eric Brister, and/or any individual and/or entity for whom Jordan Carriers, Inc., Great West Casualty Company, and Eric Brister may be liable, was a cause in fact and/or legal cause of the accident at issue herein and/or any injuries allegedly suffered by Plaintiff.

14.

The fault of Plaintiff and/or third parties for whom Jordan Carriers, Inc., Great West Casualty Company, and Eric Brister are not liable is plead in bar or reduction of Plaintiff's recovery.

15.

Plaintiff's failure to mitigate damages is plead in bar or reduction of any recovery herein.

16.

To the extent that Plaintiff's medical expenses and/or or other alleged losses were, or could have, been discounted, written off and/or paid in whole or in part by any employer, worker's compensation provider, medical benefits, indemnity benefits, disability benefits, Medicare, Medicaid, or other third-party discounts, negotiated discounts and/or other non-collateral source, Defendants are entitled to the benefit of any reduction of those medical expenses and/or other alleged losses, and the amount of medical expenses owed, if any, is limited to the amount paid, or that amount which should have been pain under the applicable system, and not the amount billed.

17.

In the alternative, Defendants affirmatively plead their entitlement to any credit/set-off to which they are entitled against any judgment which may be obtained by Plaintiff against Jordan Carriers, Inc., Great West Casualty Company, and Eric Brister, and/or any individual and/or entity for whom Jordan Carriers, Inc., Great West Casualty Company, and Eric Brister may be liable.

18.

Defendants further affirmatively assert and allege all affirmative defenses available under the Louisiana Code of Civil Procedure and/or any statute or rule that may be applicable hereto which may be shown through additional investigation and discovery.

**WHEREFORE**, Defendants, Jordan Carriers, Inc. and Great West Casualty Company, pray that after due proceedings, there be judgment in its favor dismissing Plaintiff's claims against them with prejudice and/or for all other relief as pled herein above and as allowed by law, and assigning all costs against Plaintiff.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
301 Main Street, 23rd Floor (70801)
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

_____
Douglas K. Williams, La Bar Roll No. 2187
Douglas.williams@bswllp.com
Chris D. Billings, La Bar Roll No. 29328
Chris.Billings@bswllp.com
Alexa N. Candelora, La Bar Roll No. 39134
Alexa.Candelora@bswllp.com
*Counsel for Jordan Carriers, Inc. and Great West Casualty Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been sent to all known counsel of record via email transmission as follows:

Chet Boudreaux
Gordon McKernan Injury Attorneys
5656 Hilton Avenue
Baton Rouge, LA 70808
Chet direct phone: 225-926-1578
Chet direct fax: 225-490-4516
E: chet@getgordon.com

Baton Rouge, Louisiana, this 1st day of July, 2022.

_____
Chris D. Billings

2327970.v1

EAST BATON ROUGE PARISH        C-719650
Filed Jul 01, 2022 2:21 PM        21
Deputy Clerk of Court
E-File Received Jul 01, 2022 1:52 PM

| | |
|---|---|
| MELVIN ADDERTON | NUMBER: 719650   SECTION "21" |
| | |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| | |
| | PARISH OF EAST BATON ROUGE |
| | |
| GREAT WEST CASUALTY COMPANY, JORDAN CARRIERS, INC., and ERIC BRISTER | STATE OF LOUISIANA |

### REQUEST FOR NOTICE

TO:   Clerk of Court, 19TH JDC
      East Baton Rouge Parish

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us written notice by mail, at least ten (10) days in advance of any date fixed for any and all conferences, hearings, and/or trials in matter, whether on exceptions, rules or the merits thereof, or any assignment of fixing of said case.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, you also hereby are requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment, whether interlocutory or final.

This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

RESPECTFULLY SUBMITTED,
BREAZEALE, SACHSE & WILSON, L.L.P.
301 Main Street, 23rd Floor (70801)
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

Douglas K. Williams, La Bar Roll No. 2187
Douglas.williams@bswllp.com
Chris D. Billings, La Bar Roll No. 29328
Chris.Billings@bswllp.com
Alexa N. Candelora, La Bar Roll No. 39134
Alexa.Candelora@bswllp.com
Counsel for Jordan Carriers, Inc. and Great West Casualty Company

CERTIFIED TRUE AND CORRECT COPY
JUL 07 2022
East Baton Rouge Parish
Deputy Clerk of Court

2327970.v1